ACCEPTED
12-15-00123-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/8/2015 3:01:11 PM
Pam Estes
CLERK

NO. 12-15-00123-CR

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/8/2015 3:01:11 PM
PAM ESTES
Clerk

**MICHAEL MCKNIGHT, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**STATE'S MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her 1ˢᵗ Assistant Criminal District Attorney, Scott C. Holden, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1.    Appellant's brief was filed with this honorable Court on November 6, 2015.

2.    The State's Brief is due on or before December 7, 2015.

3.    This is the State's first request for an extension.

4.    This assistant district attorney has been deeply involved in the investigation and pre-indictment litigation of a mass homicide in Anderson county since November 15, 2017.

5.    Further, this assistant district attorney was on vacation for the Thanksgiving holidays.

6. This assistant district attorney attempted to file this extension on the 7th of December as required, however the efiling was rejected due to this assistant district attorney using the cause number from Appellant's brief which showed the cause number to be 12-14-00123-CR.

7. Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date approximately January 6, 2015.

Respectfully submitted by,

SCOTT C. HOLDEN,
1st AST. CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent to Bill House, attorney for Appellant, this the 8th day of December, 2015.

**SCOTT C. HOLDEN,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

**THE STATE OF TEXAS** §

§

**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN** who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief in <u>Michael McKnight vs. The State of Texas</u>, (Trial Court Cause No. 31107 in the Third Judicial District Court of Anderson County), Case No. **12-15-00123-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

Given under my hand and seal of office this the 8th day of December, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**

MY COMMISSION EXPIRES: ___11/13/18___.

